**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WILLIAM PAUL BURCH,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:18-cv-01015-O-BP** |
| | § | |
| **FREEDOM MORTGAGE** | § | |
| **CORPORATION,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After conducting a de novo review of all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 45), filed July 2, 2019, and Plaintiff's Objections thereto (ECF No. 46), filed July 9, 2019, in accordance with 28 U.S.C. § 636(b)(1), the Court determines that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.[1]

Accordingly, it is **ORDERED** that the Motion to Invoke the Bankruptcy Reference (ECF No. 43) is **GRANTED**. The case is **WITHDRAWN** from United States Magistrate Judge Hal R. Ray, Jr. and **REFERRED** to United States Bankruptcy Judge Mark X. Mullin pursuant to this Court's Miscellaneous Order No. 33.

---

[1] Plaintiff has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation, which the Court has liberally construed in light of Plaintiff's pro se status. Following a de novo review, the Court **overrules** the Objections, as none of the Objections alters the Magistrate Judge's finding and conclusion that this case is a core proceeding arising under Title 11 or arising in a case under Title 11, or, alternatively, "relates to" a bankruptcy proceeding, and, therefore, should be referred to United States Bankruptcy Judge Mark X. Mullin pursuant to this Court's Miscellaneous Order No. 33. *See* 28 U.S.C. §§ 157(a), 157(c).

**SO ORDERED** on this **10th day** of **July, 2019**.

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE